1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   LESLIE SILVA,

10          Petitioner,              No. CIV S-05-0403 DFL KJM P

11      vs.

12   STATE OF CALIFORNIA, et al.,

13          Respondents.            <u>ORDER</u>

14   _____/

15          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

16   habeas corpus under 28 U.S.C. § 2254.  Petitioner has also filed a request to proceed in forma

17   pauperis and a request for the appointment of counsel.

18          Examination of the in forma pauperis affidavit reveals that petitioner is unable to

19   afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is

20   granted.  <u>See</u> 28 U.S.C. § 1915(a).

21          There currently is not an absolute right to appointment of counsel in habeas

22   proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.

23   § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

24   so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does

25   not find that the interests of justice would be served by the appointment of counsel at the present

26   time.

1       Because petitioner may be entitled to the relief requested in his application for

2  writ of habeas corpus if the claimed violation of constitutional rights is proved, respondents will

3  be directed to file an answer.

4       In accordance with the above, IT IS HEREBY ORDERED that:

5       1.  Petitioner's request to proceed in forma pauperis is granted;

6       2.  Petitioner's March 1 and 10, 2005 requests for the appointment of counsel are

7  denied;

8       3.  Respondents are directed to file an answer within sixty days from the date of

9  this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the

10  answer any and all transcripts or other documents relevant to the determination of the issues

11  presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

12       4.  Petitioner's traverse, if any, is due on or before thirty days from the date

13  respondents' answer is filed; and

14       5.  The Clerk of the Court shall serve a copy of this order together with a copy of

15  petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney

16  General.

17  DATED:  November 30, 2005.

18

19                    _____

20                UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25  1/kf

26  silv0403.100