IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE WALKER SILVA,

     Petitioner,             No. CIV-S-05-0403 DFL KJM P

   vs.

STATE OF CALIFORNIA, et al.,

     Respondents.      <u>ORDER</u>

_____/

        On January 30, 2006, respondents filed a motion to dismiss.  Petitioner has not responded to the motion.  Local Rule 78-230(m) requires that petitioner file an opposition to a motion to dismiss or a statement of non-opposition.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall file an opposition or a statement of non-opposition to respondents' January 30, 2006 motion to dismiss.  Failure to comply with this order will result in a recommendation that this action be dismissed under

/////

/////

/////

/////

/////

1

Federal Rule of Civil Procedure 41(b) for failure to adhere to the orders and local rules of this court.

DATED:  March 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
silv0403.46osc