IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE WALKER SILVA,

    Petitioner,         No. CIV-S-05-0403 DFL KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.       ORDER

_____/

    Petitioner has requested leave to file a supplemental opposition to defendants' January 30, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 17, 2006 request for leave to file a supplemental opposition to respondents' January 30, 2006 motion to dismiss is granted;

    2. Petitioner's May 17, 2006 supplemental opposition is deemed timely; and

    3. Respondents may file a reply to petitioner's supplemental opposition within five days of service of this order.

DATED: July 6, 2006.

UNITED STATES MAGISTRATE JUDGE

1/silv0403.111