IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE WALKER SILVA,

    Petitioner,               No. CIV-S-05-0403 DFL KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.          <u>ORDER</u>

                            /

        Respondents have requested an extension of time to file their answer. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondents' November 3, 2006 request for an extension of time is granted; and

        2. Respondents are granted until December 27, 2006 to file their answer. Petitioner's traverse shall be filed within thirty days thereafter.

DATED: November 14, 2006.

                                             U.S. MAGISTRATE JUDGE

1
silv0403.111(a)