IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE WALKER SILVA,

        Petitioner,                      No. CIV S-05-0403 DFL KJM P

     vs.

STATE OF CALIFORNIA, et al.,

        Respondents.              <u>ORDER</u>

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

/////

/////

1   Accordingly, IT IS HEREBY ORDERED that petitioner's January 31, 2007
2 request for appointment of counsel is denied without prejudice to a renewal of the motion at a
3 later stage of the proceedings.
4 DATED: February 9, 2007.

_____
U.S. MAGISTRATE JUDGE

7 /mp; silv0403.110