1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10   LESLIE SILVA,
11            Petitioner,              No. CIV-S-05-0403 RRB KJM P
12      vs.
13   STATE OF CALIFORNIA, et al.,
14            Respondents.             ORDER
15   _____/
16            Petitioner is a California prisoner proceeding with an application for writ of
17   habeas corpus under 28 U.S.C. § 2254. Petitioner is currently serving a term of seventeen-years-
18   to-life imprisonment following his 1989 San Joaquin County conviction for second degree
19   murder. Answer, Ex. A at 4, 14:20-24. Petitioner challenges the fact that he was denied parole
20   on May 14, 2004. Three matters are before the court.
21   1. Petitioner's Motion To Expand The Record
22            Petitioner asks that the court expand the record to include several documents
23   submitted to the court by petitioner on June 26, 2006. Respondents have not opposed
24   petitioner's request. Therefore, petitioner's request will be granted.
25   /////
26   /////

2. <u>Petitioner's Motion For Leave To Conduct Discovery</u>

Petitioner asks permission to conduct discovery in an effort to gather evidence in support of his assertion that the sentence for which he bargained was seventeen years' imprisonment minus any good conduct sentence credit, not an indeterminate term of seventeen-years-to-life. However, as the court explained in its March 10, 2008 findings and recommendations, this claim is time-barred. Therefore, petitioner's request to conduct discovery will be denied.

3. <u>Petitioner's Motion For An Evidentiary Hearing</u>

Petitioner requests an evidentiary hearing regarding whether he was promised a determinate sentence rather that an indeterminate one. Again, this claim is time-barred so there is no need to consider holding an evidentiary hearing. Petitioner also asks that the court hold an evidentiary hearing to resolve certain questions of law. Mot. at 2:9-16. Evidentiary hearings are held to assist the court in deciding disputed facts. The court does not take evidence to decide questions of law; rather, it looks to the law itself and construes and applies it as appropriate. For these reasons, petitioner's request that the court hold an evidentiary hearing will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to expand the record (#33) is granted. The record is expanded to include the exhibits filed by petitioner on June 26, 2006.

2. Petitioner's motion for discovery (#34) is denied.

3. Petitioner's request that the court hold an evidentiary hearing (#36) is denied.

DATED: March 26, 2008
*nunc pro tunc*
to March 10, 2008.

_____
U.S. MAGISTRATE JUDGE

1
silv0403.abs

2