IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE SILVA,

     Petitioner,                  No. CIV S-05-0403 RRB KJM P

  vs.

STATE OF CAILIFORNIA, et al.,

     Respondents.             <u>ORDER</u>

_____/

Petitioner has filed a request that the court expand the record to include "Addendum To Exhibit F" attached to his April 3, 2008 request. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's April 3, 2008 request to expand the record (docket no. 43) is granted.

2. The record is expanded to include petitioner's "Addendum To Exhibit F" attached to petitioner's April 3, 2008 request.

DATED: April 25, 2008.

                                     U.S. MAGISTRATE JUDGE

1
silv0403.exp