IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE SILVA,

      Petitioner,                    No. CIV S-05-0403 JAM KJM P

      vs.

STATE OF CALIFORNIA, et al.,

      Respondents.              <u>ORDER</u>

                              /

        On April 7, 2008, petitioner filed a request for reconsideration of the magistrate judge's order filed March 27, 2008 denying his request for discovery and his request for an evidentiary hearing. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////
/////
/////
/////
/////

1

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 27, 2008, is affirmed.

DATED: August 22, 2008

                                          /s/ John A. Mendez
                                        UNITED STATES DISTRICT JUDGE

silv0403.850